FILED
November 04, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:26-CR-02812-DB** |
| **Plaintiff,** | § | **INDICTMENT** |
| **v.** | § | **CT 1: 18 U.S.C. § 2423(b) –** Transportation of a Minor |
| **CLEMENTE FERNANDO VAZQUEZ SERNA** | § | **CT 2: 18 U.S.C. § 2251(a) & (e) –** Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |
| **Defendant.** | § | **CT 3: 18 U.S.C. § 2252(a)(1) & (b)(1) –** Transportation of a Visual Depiction Involving the Use of a Minor Engaging in Sexually Explicit Conduct |
| | § | **CT 4: 18 U.S.C. § 2252(a)(1) & (b)(1) –** Attempt to Transport a Visual Depiction Involving the Use of a Minor Engaging in Sexually Explicit Conduct |
| | § | **CT 5: 18 U.S.C. § 2252(a)(4)(B) & (b)(2)** Possession of a Visual Depiction Involving the Sexual Exploitation of a Minor. |
| | § | ***Notice of Government's Demand for Forfeiture*** |

THE GRAND JURY CHARGES:

**COUNT ONE**

Beginning on or about October 10, 2026, and continuing through on or about October 11, 2026, within the Western District of Texas, the District of Colorado, and elsewhere, Defendant,

**CLEMENTE FERNANDO VAZQUEZ SERNA**

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), with another person, to wit: MV-1, all in violation of Title 18, United States Code, Section 2423(b).

**COUNT TWO**

Beginning on or about September 1, 2026, and continuing through on or about October 11, 2026, within the Western District of Texas, the District of Colorado, and elsewhere, Defendant,

**CLEMENTE FERNANDO VAZQUEZ SERNA**

did employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a), (e).

**COUNT THREE**

Beginning on or about October 10, 2026, and continuing through on or about October 11, 2026, within the Western District of Texas, the District of Colorado, and elsewhere, Defendant,

**CLEMENTE FERNANDO VAZQUEZ SERNA**

knowingly transported any visual depiction using any means or facility of interstate and foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined Title 18 United States Code, Section 2256(2), and such visual depiction is of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

**COUNT FOUR**

On or about October 11, 2026, within the Western District of Texas, Defendant,

**CLEMENTE FERNANDO VAZQUEZ SERNA**

did knowingly attempt to transport any visual depiction using any means or facility of interstate and foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined Title 18 United States Code, Section 2256(2), and such visual depiction is of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

**COUNT FIVE**

On or about October 11, 2026, within the Western District of Texas, Defendant,

**CLEMENTE FERNANDO VAZQUEZ SERNA**

knowingly possessed matter which contained any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), which visual depictions had been transported in interstate and foreign commerce, to wit: by computer, and were produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer: to wit, a Motorola G Cellular Phone, and the production of which involved the use of a minor engaging in sexually explicit conduct, and such visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Possession of Child Pornography Violations and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 2252(a)(1), (b)(1), (a)(4)(B) & (b)(2) and 2256(2), subject to criminal forfeiture pursuant to Title 18 U.S.C. § 2253(a)(1), (2) and (3)]**

As a result of the criminal violations set forth above, the United States of America gives notice of its intent to seek the forfeiture of the property described below from Defendant **CLEMENTE FERNANDO VAZQUEZ SERNA** including but not limited to computer(s), electronic equipment, accessories, and devices, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2) and (3), which state:

**Title 18 U.S.C. § 2253. Criminal forfeiture**

**(a) Property subject to criminal forfeiture.** -A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

* * *

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

**(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

## II.

## Transportation of a Minor Violation and Forfeiture Statutes

**[Title 18 U.S.C. § 2423(a), subject to forfeiture pursuant to Title 18 U.S.C. §§ 2428(a)(1) and (2)]**

As a result of the foregoing criminal violation set forth above, the United States of America gives notice to the Defendant **CLEMENTE FERNANDO VAZQUEZ SERNA** of its intent to seek the forfeiture of the property described below upon conviction and pursuant to Fed. R. Crim. P. 32.2, Title 18 U.S.C. §§ 2428(a)(1) and (2), which state:

**Title 18 U.S.C. § 2428. Criminal forfeiture**

**(a) In general.**— The court, in imposing sentence on any person convicted of a violation of this chapter, shall order, in addition to any other sentence imposed and irrespective of any provision of State Law, that such person shall forfeiture to the United States-

***

> (1) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and
> (2) any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

This Notice of Demand for Forfeiture includes but is not limited to the property described in Paragraph II.

**II.**
**<u>Property</u>**

1. Moto g 2026 IMEI# 352336755573567; and
2. Any and other property and/or accessories involved in or used in the commission of the criminal offense; and
3. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260.

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________________
Scott Wisniewski
Assistant U.S. Attorney